UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
CASE NO.: 0:24-cv-60784-AHS

HOWARD COHAN,

    Plaintiff,

v.

R&B PLANTATION, LLC
d/b/a ROCK & BREWS,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Howard Cohan, and Defendant, R&B Plantation, LLC d/b/a Rock & Brews, by and through their undersigned counsel, hereby submit this Joint Stipulation of Dismissal with Prejudice. The parties agree that this action be hereby dismissed with prejudice, that all pending motions be denied as moot, and that each party is to bear its own attorney's fees and costs.

Dated: May 24, 2024

| By: */s/Gregory S. Sconzo* | By: */s/Steven A. Siegel* |
|---|---|
| Gregory S. Sconzo | Steven A. Siegel |
| Fla. Bar No. 1010423 | Fla. Bar No. 497274 |
| greg@sconzolawoffice.com | ssiegel@fisherphillips.com |
| Sconzo Law Office, P.A. | FISHER & PHILLIPS LLP |
| 3825 PGA Boulevard | 201 East Las Olas Boulevard |
| Suite 207 | Suite 1700 |
| Palm Beach Gardens, Florida 33410 | Fort Lauderdale, Florida 33301 |
| Telephone (561) 729-0940 | Telephone (954) 525-4800 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |